IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID WORKMAN,

Plaintiff,

v.

NORTH AMERICAN LIGHTING, INC.,

Defendant.

Case No. 21-cv-1230 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 6/7/2023**         **MONICA A. STUMP, Clerk of Court**

                            **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**